UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

BRIAN K. BILLUPS,

        Petitioner-Appellant,

vs.                                                   Case No. 16-cv-50

UNITED STATES OF AMERICA,

        Respondent-Appellee.
_____

### DEFENDANT'S NOTICE OF APPEAL

Brian Billups, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order denying his petition under 28 U.S.C. § 2255, which was imposed on June 2, 2016, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Billups takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Billups also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Ross also files a motion to proceed *in forma pauperis* on appeal.

FEDERAL DEFENDER SERVICES

OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 27th day of July, 2016.

                                          Respectfully submitted,
                                          BRIAN BILLUPS, Petitioner

                                          _/s/ Joseph L. Toth_
                                          Joseph L. Toth
                                          Joseph A. Bugni

                                          FEDERAL DEFENDER SERVICES
                                            OF WISCONSIN, INC.
                                          22 East Mifflin Street, Suite 1000
                                          Madison, WI 53703
                                          Tel: 608-260-9900
                                          Fax: 608-260-9901
                                          shelley_fite@fd.org